# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

**IN RE:**
RECIPROCAL ADMINISTRATIVE       :
SUSPENSION OF ATTORNEYS         :   Misc. No. 2:22-698
ADMITTED TO THE BAR OF          :
THIS COURT                      :

## ORDER GRANTING TEMPORARY RELIEF FROM
## AUTOMATIC RECIPROCAL ADMINISTRATIVE SUSPENSION

WHEREAS Attorney John E. Nagurney ("Attorney Nagurney"), has requested an Order staying his Automatic Reciprocal Administrative Suspension pursuant to the Standing Ordered entered in this matter (ECF #1) until October 3, 2022 (ECF #2);

WHEREAS Attorney Nagurney has disclosed to this Court that he is currently Administratively Suspended by the Supreme Court, Appellate Division, First Department of New York State due to delinquent Bi-Annual Assessment Fees;

WHEREAS Attorney Nagurney has submitted documentary proof of his submission of payment in an amount to bring current all current and delinquent Bi-Annual Assessment Fees to the New York State Bar;

WHEREAS Attorney Nagurney represents to this Court that additional actions are necessary before he will be Reinstated to the New York State Bar, including filing a Motion to the Court which is located in Lower Manhattan (NYC), Proof of Service upon to the New York State Disciplinary Board, and the Petitioner's potential in-person appearance before the Supreme Court, Appellate Division, First Department of New York State; and

WHEREAS it has been confirmed that Attorney Nagurney is currently an active member of the Pennsylvania Bar (Bar ID No. 53164).

NOW THEREFORE, it is hereby ORDERED that Attorney Nagurney's Request for Relief is GRANTED and his automatic reciprocal administrative suspension in this Court is stayed until October 3, 2022;

IT IS FURTHER ORDERED that Attorney Nagurney shall have until September 30, 2022 to file with this Court proof of his Reinstatement to the New York State Bar; and

IT IS FINALLY ORDERED that Attorney Nagurney shall notify any judicial officer of this Court before whom he appears of this Order and of his then-current status with both the Pennsylvania and New York State Bars.

FOR THE COURT:

*/s/ Mark R. Hornak*
Mark R. Hornak
Chief United States District Judge

cc: John Nagurney, via email