IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: RECIPROCAL ADMINISTRATIVE SUSPENSION OF ATTORNEYS ADMITTED TO THE BAR OF THIS COURT ) ) ) ) | Misc. No. 2:22-698 |

### ORDER REACTIVATING BAR MEMBERSHIP OF BRYAN D. ROHM

AND NOW, on this 26th day of August 2022, upon consideration of Attorney Bryan D. Rohm's Motion to Reinstate Membership Status (ECF #4), it is hereby ORDERED that the Motion is GRANTED and Attorney Rohm, PA Attorney Registration Number 209522, is returned to active status in the Bar of the United States District Court for the Western District of Pennsylvania, effective immediately upon entry of this order on the above-captioned docket. The Clerk of Court is directed to update Attorney Rohm's status in the Court's attorney admission records and to reactivate his CM/ECF Filing User account.

FOR THE COURT:

*/s/ Mark R. Hornak*
Mark R. Hornak
Chief United States District Judge

cc: Bryan D. Rohm, via email