IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:                                              :
                                                    :
RECIPROCAL                                          :
ADMINISTRATIVE SUSPENSION                           :   Misc. No. 22-698
OF ATTORNEYS ADMITTED TO                            :
THE BAR OF THIS COURT                               :
                                                    :
John E. Nagurney, Esq.                              :

## Order

Whereas, Attorney Nagurney has been reinstated in good standing as an Attorney and Counselor-at-Law in the State of New York, by an Order of the Supreme Court of the State of New York, Appellate Division, First Judicial Department dated October 13, 2022;

Whereas, Attorney Nagurney is an Active Member of the Bar of the Supreme Court of Pennsylvania, No. 53164;

Now therefore, it is hereby ORDERED, this 17th day of October, 2022, that the pending Reciprocal Administrative Suspension of Attorney Nagurney, pursuant to the STANDING ORDER (ECF #1), is DISMISSED AS MOOT. Attorney Nagurney's membership status with this Court shall be listed as Active.

FOR THE COURT:

/s/ *Mark R. Hornak*
Mark R. Hornak
Chief United States District Judge